

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-398-CR

GREGORY WILLIAM RANK                             APPELLANT

V.

THE STATE OF TEXAS                                 STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT
## ON PERMANENT ABATEMENT OF APPEAL

----------

We have considered the "Appellant's Motion To Permanently Abate The Appeal Due To Appellant's Death." A copy of the certificate of death states that appellant died on March 24, 2008.

The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *Molitor v. State*, 862 S.W.2d 615, 616 (Tex. Crim. App. 1993). Under these circumstances, the appropriate disposition is the

---

[1] *See* TEX. R. APP. P. 47.1.

permanent abatement of the appeal. *See* TEX. R. APP. P. 7.1(a)(2).

No decision of this court having been delivered prior to the receipt of this motion, the court finds the motion to permanently abate the appeal should be granted. It is therefore ordered, adjudged, and decreed that the appeal is permanently abated.

PER CURIAM

PANEL D:   HOLMAN, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED:  April 24, 2008

2